IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. _____ |
| AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

## COMPLAINT

Plaintiffs Bayer Intellectual Property GmbH ("BIP"), Bayer AG (Bayer AG and BIP are collectively referred to herein as "Bayer"), and Janssen Pharmaceuticals, Inc. ("Janssen") (Bayer and Janssen are collectively referred to herein as "Plaintiffs"), by their attorneys, for their Complaint, hereby allege as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement under the patent laws of the United States, Title 35, United States Code, that arises out of the submission by Aurobindo Pharma Limited of an Abbreviated New Drug Application ("ANDA") to the U.S. Food and Drug Administration ("FDA") seeking approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation of generic versions of Plaintiffs' XARELTO® products prior to the expiration of U.S. Patent No. 9,539,218.

## THE PARTIES

### Plaintiffs

2. Plaintiff Bayer Intellectual Property GmbH is a corporation organized and existing under the laws of the Federal Republic of Germany, with a place of business at Alfred-Nobel-Strasse 10, 40789 Monheim am Rhein, Germany.

3. Plaintiff Bayer AG is a corporation organized and existing under the laws of the Federal Republic of Germany, with a place of business at Kaiser-Wilhelm-Allee 1, 51368 Leverkusen, Germany.

4. Plaintiff Janssen Pharmaceuticals, Inc. is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, with a place of business at 1125 Trenton-Harbourton Road, Titusville, New Jersey.

### Aurobindo

5. On information and belief, Defendant Aurobindo Pharma Limited is a company organized and existing under the laws of India, with a place of business at Plot #2, Maitri Vihar, Ameerpet, Hyderabad – 500 038, Andhra Pradesh, India.

6. On information and belief, Defendant Aurobindo Pharma USA, Inc. is a corporation organized and existing under the laws of the State of Delaware, with a place of business at 6 Wheeling Road, Dayton, New Jersey.

7. On information and belief, Aurobindo Pharma USA, Inc. is a wholly-owned subsidiary of Aurobindo Pharma Limited, and is controlled and dominated by Aurobindo Pharma Limited.

8. On information and belief, Aurobindo Pharma Limited is in the business of, among other things, manufacturing, marketing, distributing, offering for sale, and selling

generic drug products. As a part of this business, on information and belief, Aurobindo Pharma Limited, acting in concert with Aurobindo Pharma USA, Inc., files ANDAs with the FDA seeking approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation of generic versions of drug products that are covered by United States patents. On information and belief, as part of these ANDAs, Aurobindo Pharma Limited, acting in concert with Aurobindo Pharma USA, Inc., files certifications of the type described in Section 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug, and Cosmetic Act ("Paragraph IV Certifications") to engage in the commercial manufacture, use, offer for sale, sale, and/or importation of generic drug products prior to the expiration of United States patents that cover such products.

9. On information and belief, and consistent with their practice with respect to other generic products, Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. acted in concert to prepare and submit ANDA No. 208544 for Aurobindo Pharma Limited's 10 mg, 15 mg, and 20 mg rivaroxaban tablets ("Aurobindo's ANDA Products"), which was done at the direction of, under the control of, and for the direct benefit of Aurobindo Pharma Limited.

10. On information and belief, Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. are agents of each other, and/or operate in concert as integrated parts of the same business group, and enter into agreements with each other that are nearer than arm's length, including with respect to the development, regulatory approval, marketing, sale, offer for sale, and distribution of generic pharmaceutical products throughout the United States, including into Delaware, and including with respect to Aurobindo's ANDA Products at issue.

11. On information and belief, following any FDA approval of ANDA No. 208544, Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. will act in concert to

market, distribute, offer for sale, and sell Aurobindo's ANDA Products throughout the United States and within Delaware. These two entities are hereafter collectively referred to as "Aurobindo."

12. On information and belief, Aurobindo prepared and submitted ANDA No. 208544 for Aurobindo's 10 mg, 15 mg, and 20 mg rivaroxaban tablets ("Aurobindo's ANDA Products").

13. On information and belief, following any FDA approval of ANDA No. 208544, Aurobindo will market, distribute, offer for sale, and sell Aurobindo's ANDA Products throughout the United States and within Delaware.

14. On information and belief, following any FDA approval of ANDA No. 208544, Aurobindo knows and intends that its ANDA Products will be marketed, used, distributed, offered for sale, and sold in the United States and within Delaware.

## **JURISDICTION**

15. Plaintiffs incorporate each of the preceding paragraphs as if each fully set forth herein.

16. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

17. In addition, this Court has personal jurisdiction over Aurobindo because, among other things, on information and belief: (1) Aurobindo has filed an ANDA for the purpose of seeking approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation of Aurobindo's ANDA Products in the United States, including in Delaware; and (2) Aurobindo will market, distribute, offer for sale, and/or sell Aurobindo's ANDA Products in the United States, including in Delaware, upon approval of ANDA No. 208544, and

will derive substantial revenue from the use or consumption of Aurobindo's ANDA Products in the State of Delaware. On information and belief, if ANDA No. 208544 is approved, the generic Aurobindo products charged with infringing the '218 patent would, among other things, be marketed, distributed, offered for sale, and/or sold in Delaware, prescribed by physicians practicing in Delaware, and dispensed by pharmacies located within Delaware, and/or used by patients in Delaware, all of which would have a substantial effect on Delaware.

18. Aurobindo has consented to jurisdiction in Delaware in one or more prior cases arising out of the filing of its ANDAs, including C.A. No. 15-902 involving the same ANDA at issue here, and it has filed counterclaims in such cases.

## VENUE

19. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400(b).

## FACTUAL BACKGROUND

20. XARELTO® (active ingredient rivaroxaban) is a factor Xa inhibitor indicated: (i) to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation; (ii) for the treatment of deep vein thrombosis (DVT), pulmonary embolism (PE), and for the reduction in the risk of recurrence of DVT and of PE; and (iii) for the prophylaxis of DVT, which may lead to PE in patients undergoing knee or hip replacement surgery. XARELTO® is available as tablets in 10 mg, 15 mg, and 20 mg dosage strengths.

21. Janssen is the holder of New Drug Application No. 022406 for XARELTO®, which has been approved by the FDA.

22. U.S. Patent No. 9,539,218 ("the '218 patent"), entitled "Prevention and Treatment of Thromboembolic Disorders," was duly and legally issued on January 10, 2017. The '218 patent is attached as Exhibit A.

23. As set forth in greater detail in the '218 patent, the claims of the '218 patent, incorporated by reference herein, cover certain methods involving rivaroxaban. For example, claim 1 recites, "A method of treating a thromboembolic disorder comprising administering a direct factor Xa inhibitor that is 5-Chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3-oxazolidin-5-yl}methyl)-2-thiophenecarboxamide no more than once daily for at least five consecutive days in a rapid-release tablet to a patient in need thereof, wherein the thromboembolic disorder is selected from the group consisting of pulmonary embolisms, deep vein thromboses, and stroke."

24. BIP is the assignee of the '218 patent.

25. Bayer AG is an exclusive licensee under the '218 patent.

26. Janssen is an exclusive sublicensee under the '218 patent.

27. Pursuant to 21 U.S.C. § 355, the '218 patent is listed in the Approved Drug Products with Therapeutic Equivalence Evaluations ("the Orange Book") in connection with XARELTO®.

**Infringement by Aurobindo**

28. By letter dated March 17, 2017 (the "Aurobindo Notice Letter"), Aurobindo notified BIP and Janssen that Aurobindo had submitted to the FDA ANDA No. 208544 for Aurobindo's ANDA Products. These products are generic versions of XARELTO®.

29. In the Aurobindo Notice Letter, Aurobindo stated that Aurobindo's ANDA Products contain rivaroxaban.

30. In the Aurobindo Notice Letter, Aurobindo stated that the dosage form of Aurobindo's ANDA Products is tablets. On information and belief, the dosage form of

Aurobindo's ANDA Products satisfies the "rapid-release tablet" requirement of claim 1 of the '218 patent.

31. On information and belief, the proposed labeling for Aurobindo's ANDA Products directs the use of Aurobindo's ANDA Products for one or more of the following indications: (i) to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation; (ii) for the treatment of deep vein thrombosis (DVT), pulmonary embolism (PE), and for the reduction in the risk of recurrence of DVT and of PE; and (iii) for the prophylaxis of DVT, which may lead to PE in patients undergoing knee or hip replacement surgery. On information and belief, the proposed labeling for Aurobindo's ANDA Products further directs the use of Aurobindo's ANDA Products in a manner that satisfies the "no more than once daily for at least five consecutive days" requirement of claim 1 of the '218 patent.

32. In the Notice Letter, Aurobindo did not contest infringement of any claim of the '218 patent.

33. On information and belief, the manufacture, use (including in accordance with and as directed by Aurobindo's proposed labeling for Aurobindo's ANDA Products), offer for sale, sale, marketing, distribution, and/or importation of Aurobindo's ANDA Products will infringe at least claim 1 of the '218 patent.

34. In the Aurobindo Notice Letter, Aurobindo indicated that, in connection with its ANDA No. 208544, Aurobindo had filed Paragraph IV Certifications with respect to the '218 patent.

35. The purpose of ANDA No. 208544 was to obtain approval under the Federal Food, Drug, and Cosmetic Act to engage in the commercial manufacture, use, offer for

7

sale, and/or sale of Aurobindo's ANDA Products with their proposed labeling prior to the expiration of the '218 patent.

36. Aurobindo intends to engage in the manufacture, use, offer for sale, sale, marketing, distribution, and/or importation of Aurobindo's ANDA Products with their proposed labeling immediately and imminently upon approval of ANDA No. 208544, *i.e.*, prior to the expiration of the '218 patent.

37. Aurobindo has knowledge of the claims of the '218 patent. Notwithstanding this knowledge, Aurobindo has continued to assert its intent to engage in the manufacture, use, offer for sale, sale, marketing, distribution, and/or importation of Aurobindo's ANDA Products with their proposed labeling immediately and imminently upon approval of ANDA No. 208544. On information and belief, by such activities, Aurobindo specifically intends to infringe the '218 patent.

38. On information and belief, Aurobindo plans and intends to, and will, actively induce infringement of the '218 patent when its ANDA is approved, and plans and intends to, and will, do so immediately and imminently upon approval.

39. On information and belief, Aurobindo knows that Aurobindo's ANDA Products are especially made or adapted for use in infringing the '218 patent, and that Aurobindo's ANDA Products are not suitable for substantial noninfringing use. On information and belief, Aurobindo plans and intends to, and will, contribute to infringement of the '218 patent immediately and imminently upon approval of ANDA No. 208544.

40. The foregoing actions by Aurobindo constitute and/or will constitute infringement of the '218 patent, active inducement of infringement of the '218 patent, and/or contribution to the infringement by others of the '218 patent.

8

41. An actual case or controversy exists between Plaintiffs and Aurobindo with respect to infringement of the '218 patent.

42. This action is being commenced before the expiration of forty-five days from the date BIP and Janssen received the Aurobindo Notice Letter.

**CLAIM FOR RELIEF**
**(Infringement of the '218 Patent)**

43. Plaintiffs incorporate each of the preceding paragraphs as if fully set forth herein.

44. Aurobindo's submission of ANDA No. 208544 for the purpose of obtaining approval to engage in the commercial manufacture, use, offer for sale, and/or sale of Aurobindo's ANDA Products was an act of infringement of the '218 patent under 35 U.S.C. § 271(e)(2).

45. On information and belief, Aurobindo has made, and will continue to make, substantial preparation in the United States to manufacture, use, sell, offer to sell, and/or import Aurobindo's ANDA Products with their proposed labeling prior to the expiration of the '218 patent.

46. Aurobindo intends to engage in the manufacture, use, offer for sale, sale, marketing, distribution, and/or importation of Aurobindo's ANDA Products with their proposed labeling immediately and imminently upon approval of ANDA No. 208544, *i.e.*, prior to the expiration of the '218 patent.

47. The foregoing actions by Aurobindo constitute and/or will constitute infringement of the '218 patent, active inducement of infringement of the '218 patent, and/or contribution to the infringement by others of the '218 patent.

48. Unless Aurobindo is enjoined from infringing the '218 patent, actively inducing infringement of the '218 patent, and contributing to the infringement by others of the '218 patent, Plaintiffs will suffer irreparable injury. Plaintiffs have no adequate remedy at law.

WHEREFORE, Plaintiffs request the following relief:

(a) A judgment that Aurobindo has infringed the '218 patent;

(b) A judgment ordering that the effective date of any FDA approval for Aurobindo to make, use, offer for sale, sell, market, distribute, or import Aurobindo's ANDA Products, or any product or compound the use of which infringes the '218 patent, be no earlier than the expiration date of the '218 patent, inclusive of any extension(s) and additional period(s) of exclusivity;

(c) A preliminary and permanent injunction enjoining Aurobindo, and all persons acting in concert with Aurobindo, from making, using, selling, offering for sale, marketing, distributing, or importing Aurobindo's ANDA Products, or any product or compound the use of which infringes the '218 patent, or the inducement of or the contribution to any of the foregoing, prior to the expiration date of the '218 patent, inclusive of any extension(s) and additional period(s) of exclusivity;

(d) A declaration that this is an exceptional case and an award of attorneys' fees for Plaintiffs pursuant to 35 U.S.C. § 285;

(e) An award of Plaintiffs' costs and expenses in this action; and

(f) Such further and other relief as this Court may deem just and proper.

| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| | */s/ Jack B. Blumenfeld* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>dfahnestock@mnat.com |
| Bruce R. Genderson<br>Adam L. Perlman<br>Dov P. Grossman<br>Alexander S. Zolan<br>Martha C. Kidd<br>Kathryn S. Kayali<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street NW<br>Washington, DC 20005<br>(202) 434-5000 | |
| | *Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc.* |

*Attorneys for Plaintiffs Bayer Intellectual Property GmbH and Bayer AG*

David T. Pritikin
Lisa A. Schneider
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Bindu Donovan
S. Isaac Olson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

*Attorneys for Plaintiff Janssen Pharmaceuticals, Inc.*

April 28, 2017